| | |
|---|---|
| 1 | JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*) |
| | LIDDLE & ROBINSON, L.L.P. |
| 2 | 800 Third Avenue |
| | New York, New York 10022 |
| 3 | Telephone: (212) 687-8500 |
| | E-mail: jbatson@liddlerobinson.com |
| 4 | |
| | GARY B. ROSS (Cal. State Bar No. 121691) |
| 5 | ANDREW D. MORRISON (Cal. State Bar No. 144216) |
| | ROSS & MORRISON |
| 6 | 315 S. Beverly Drive, Suite 410 |
| | Los Angeles, California 90212 |
| 7 | Telephone: (310) 285-0391 |
| | Facsimile: (310) 285-6083 |
| 8 | E-mail: ross@rossandmorrison.com |
| | morrison@rossandmorrison.com |
| 9 | |
| | Attorneys for Plaintiff |
| 10 | Bernadette Reed |
| | |
| 11 | JEFFREY D. WOHL (Cal. State Bar No. 96838) |
| | JENNIFER Y. OH (Cal. State Bar No. 260370) |
| 12 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| | 55 Second Street, 24th Floor |
| 13 | San Francisco, California 94105 |
| | Telephone: (415) 856-7000 |
| 14 | Facsimile: (415) 856-7100 |
| | E-mail: jeffwohl@paulhastings.com |
| 15 | jenniferoh@paulhastings.com |
| | |
| 16 | Attorneys for Defendant |
| | UBS Securities LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE REED, | No. CV-09-5237-MHP |
| Plaintiff, | **STIPULATION RESCHEDULING CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| vs. | |
| UBS SECURITIES, LLC, | Courtroom: 15, 18th Floor |
| Defendants. | Judge: Hon. Marilyn Hall Patel |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their |
| 3 | counsel of record, hereby stipulate as follows: |
| 4 | After plaintiff's counsel consulted with this Court's Courtroom Deputy on Friday, January 22, |
| 5 | 2010, and thereafter with counsel for UBS, the parties agree that the Initial Case Management |
| 6 | Conference ("CMC"), currently set for February 22, 2010, at 4:00 p.m., may be rescheduled to February |
| 7 | 25, 2010, at 3:00 p.m., ~~so that plaintiff's counsel may~~ all parties are to participate telephonically. |

Dated: February 1, 2010.

JAMES A. BATSON
LIDDLE & BATSON

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: _/s/ James A. Batson_
James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: February 1, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant UBS Securities LLC



IT IS SO ORDERED
Judge Marilyn H. Patel

LEGAL_US_E # 86724763.2

STIPULATION RE CMC DATE AND ORDER
U.S.D.C., N.D. Cal., No. CV-09-5237-MHP

|   |   |   |
|---|---|---|
| 1 | | **STIPULATION** |
| 2 | | Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their |
| 3 | counsel of record, hereby stipulate as follows: |
| 4 | | After plaintiff's counsel consulted with this Court's Courtroom Deputy on Friday, January 22, |
| 5 | 2010, and thereafter with counsel for UBS, the parties agree that the Initial Case Management |
| 6 | Conference ("CMC"), currently set for February 22, 2010, at 4:00 p.m., may be rescheduled to February |
| 7 | 25, 2010, at 3:00 p.m., so that plaintiff's counsel may participate telephonically. |

Dated: February 1, 2010.            JAMES A. BATSON
                                    LIDDLE & ~~BATSON~~ ROBINSON, L.L.P.

                                    GARY B. ROSS
                                    ANDREW D. MORRISON
                                    ROSS & MORRISON

                                    By: _____
                                            James A. Batson
                                    Attorneys for Plaintiff Bernadette Reed

Dated: February 1, 2010.            JEFFREY D. WOHL
                                    JENNIFER Y. OH
                                    PAUL, HASTINGS, JANOFSKY & WALKER LLP

                                    By: _____
                                            Jeffrey D. Wohl
                                    Attorneys for Defendant UBS Securities LLC

| | |
|---|---|
| 1 | **ORDER** |
| 2 | On the stipulation of the parties, and good cause appearing therefor, |
| 3 | IT IS ORDERED that the Initial Case Management Conference, currently set for February 22, |
| 4 | 2010, be continued to February 25, 2010, at 3:00 p.m. Plaintiff's counsel may participate in the |
| 5 | conference telephonically. |
| 6 | Dated: February ___, 2010. |

_____
Marilyn Hall Patel
United States District Judge