1  JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*)
   LIDDLE & ROBINSON, L.L.P.
2  800 Third Avenue
   New York, New York 10022
3  Telephone: (212) 687-8500
   E-mail: jbatson@liddlerobinson.com
4
   GARY B. ROSS (Cal. State Bar No. 121691)
5  ANDREW D. MORRISON (Cal. State Bar No. 144216)
   ROSS & MORRISON
6  315 S. Beverly Drive, Suite 410
   Los Angeles, California 90212
7  Telephone: (310) 285-0391
   Facsimile: (310) 285-6083
8  E-mail: ross@rossandmorrison.com
           morrison@rossandmorrison.com
9
   Attorneys for Plaintiff
10 Bernadette Reed

11 JEFFREY D. WOHL (Cal. State Bar No. 96838)
   JENNIFER Y. OH (Cal. State Bar No. 260370)
12 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
13 San Francisco, California 94105
   Telephone: (415) 856-7000
14 Facsimile: (415) 856-7100
   E-mail: jeffwohl@paulhastings.com
15         jenniferoh@paulhastings.com

16 Attorneys for Defendant
   UBS Securities LLC
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

21 BERNADETTE REED,                    No. CV-09-5237-MHP

22              Plaintiff,              **STIPULATION RESCHEDULING CASE
                                        MANAGEMENT CONFERENCE AND**
23       vs.                            [PROPOSED] **ORDER**

24 UBS SECURITIES, LLC,                 Courtroom: 15, 18th Floor
                                        Judge:     Hon. Marilyn Hall Patel
25              Defendants.

26

27

28

**STIPULATION**

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

After plaintiff's counsel consulted with this Court's Courtroom Deputy on Friday, January 22, 2010, and thereafter with counsel for UBS, the parties agree that the Initial Case Management Conference ("CMC"), currently set for February 22, 2010, at 4:00 p.m., may be rescheduled to February 25, 2010, at 3:00 p.m., ~~so that plaintiff's counsel may~~ all parties are to participate telephonically.

Dated: February 1, 2010.

JAMES A. BATSON
LIDDLE & BATSON

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: _____
James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: February 1, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant UBS Securities LLC



IT IS SO ORDERED
Judge Marilyn H. Patel

| | |
|---|---|
| 1 | **STIPULATION** |

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

After plaintiff's counsel consulted with this Court's Courtroom Deputy on Friday, January 22, 2010, and thereafter with counsel for UBS, the parties agree that the Initial Case Management Conference ("CMC"), currently set for February 22, 2010, at 4:00 p.m., may be rescheduled to February 25, 2010, at 3:00 p.m., so that plaintiff's counsel may participate telephonically.

Dated: February 1, 2010.

JAMES A. BATSON
LIDDLE & ~~BATSON~~ ROBINSON, L.L.P.

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: _____
James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: February 1, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant UBS Securities LLC

## **ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the Initial Case Management Conference, currently set for February 22, 2010, be continued to February 25, 2010, at 3:00 p.m. Plaintiff's counsel may participate in the conference telephonically.

Dated: February ____, 2010.

_____
Marilyn Hall Patel
United States District Judge