1   JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*)
    LIDDLE & ROBINSON, L.L.P.
2   800 Third Avenue
    New York, New York 10022
3   Telephone:  (212) 687-8500
    E-mail: jbatson@liddlerobinson.com
4
    GARY B. ROSS (Cal. State Bar No. 121691)
5   ANDREW D. MORRISON (Cal. State Bar No. 144216)
    ROSS & MORRISON
6   315 S. Beverly Drive, Suite 410
    Los Angeles, California 90212
7   Telephone:  (310) 285-0391
    Facsimile:   (310) 285-6083
8   E-mail: ross@rossandmorrison.com
            morrison@rossandmorrison.com
9
    Attorneys for Plaintiff
10  Bernadette Reed

11  JEFFREY D. WOHL (Cal. State Bar No. 96838)
    JENNIFER Y. OH (Cal. State Bar No. 260370)
12  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
13  San Francisco, California  94105
    Telephone:  (415) 856-7000
14  Facsimile:   (415) 856-7100
    E-mail:jeffwohl@paulhastings.com
15          jenniferoh@paulhastings.com

16  Attorneys for Defendant
    UBS Securities LLC
17

18                        UNITED STATES DISTRICT COURT

19                       NORTHERN DISTRICT OF CALIFORNIA

20

21  BERNADETTE REED,                         No. CV-09-5237-MHP

22              Plaintiff,                    **STIPULATION AND [PROPOSED] ORDER
                                              REGARDING PLAINTIFF'S DEPOSITION
23       v.                                   AND EXTENSION OF DEADLINE BY
                                              WHICH TO COMPLETE ADR PROCESS**
24  UBS SECURITIES, LLC,

25              Defendant.

26

27

28

## STIPULATION

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), acting by and through their attorneys of record, stipulate as follows:

1.      On February 1, 2010, the parties filed a Stipulation and [Proposed] Order Selecting ADR Process.  The parties agreed that by May 31, 2010, after they conducted adequate discovery, they would agree to either private mediation with a mutually agreeable mediator or binding arbitration.

2.      UBS noticed plaintiff's deposition for April 7, 2010.

3.      Plaintiff has requested that UBS postpone her deposition from April 7, 2010, to May 18, 2010, to accommodate her change in employment and relocation to New York, and to take plaintiff's deposition in the New York offices of UBS's counsel rather than in San Francisco.  UBS has agreed to this request.

4.      As the parties have agreed to postpone plaintiff's deposition until May 18, 2010, there would not be enough time to complete adequate discovery and then participate in an ADR process by the existing May 31, 2010, deadline.

5.      Accordingly, the parties ask the Court to extend the date by which they must complete their ADR process from May 31, 2010, to June 30, 2010.  This postponement will not affect any other date set by the Court.

Dated: April 16, 2010.

JAMES A. BATSON
JESSICA SAVAGE
LIDDLE & ROBINSON, L.L.P.

By: _____
            James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: April 16, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
            Jeffrey D. Wohl
Attorneys for Defendant UBS Securities LLC

LEGAL_US_E # 87529108.2

-2-

STIP. AND [PROPOSED] ORDER
U.S.D.C., N.D. Cal., No. CV-09-5237-MHP

1

**ORDER**

2      On the stipulation of the parties, and good cause appearing therefor,

3      IT IS ORDERED that the parties' stipulation be and is hereby adopted as the order of the Court

4 and that the parties complete their ADR process by June 30, 2010.

5      Dated:  April 19k 2010.

6                           _____

7                                 Marilyn Hall Patel
                                United States District Judge



8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                     STIP. AND [PROPOSED] ORDER
                                  U.S.D.C., N.D. Cal., No. CV-09-5237-MHP