James A. Batson, Esq. (NY Bar 2556413) (*Pro Hac Vice*)
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, New York 10022
212-687-8500
jbatson@liddlerobinson.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE REED, | No. CV-09-5237-MHP |
| Plaintiff, | |
| -against- | STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE A MOTION FOR LEAVE TO AMEND THE COMPLAINT |
| UBS SECURITIES, LLC, | |
| Defendant. | |

Plaintiff, Bernadette Reed, through her attorneys, Liddle & Robinson, L.L.P., submits the following stipulation to request an extension of time to submit her Motion For Leave To Amend The Complaint ("the Motion.") Defendant UBS Securities, LLC has consented to this request.

No previous requests to extend the deadline to file the Motion have been made.

Plaintiff filed her initial Charge of Discrimination ("Initial Charge") with the EEOC on March 2, 2009. The EEOC provided UBS with a copy of Plaintiff's Initial Charge thereafter.

On July 22, 2009, Plaintiff requested a Notice of Right to Sue letter for her Initial Charge. On August 11, 2009, Plaintiff received a Notice of Right to Sue letter for her Initial Charge.

On November 4, 2009, Plaintiff filed her Complaint in the United States District Court Northern District of California, San Francisco Division, initiating this proceeding. On the same day, Plaintiff submitted an Amended Charge of Discrimination ("Amended Charge") to the Boston EEOC office, where her Initial Charge had been processed. The Amended Charge included an additional claim for retaliation based on new facts that occurred since her filing of the Initial Charge.

On March 5, 2010, Plaintiff requested a Notice of Right to Sue letter for her Amended Charge.

After subsequent correspondence with the EEOC, Plaintiff was informed that the Boston EEOC office had failed to update the system properly and, as such, the Amended Charge had never been processed. Pursuant to the EEOC Investigator's instruction, on March 31, 2010, Plaintiff submitted a new Charge of Discrimination ("March 31 Charge") to the New York EEOC office, which included the additional facts and claim for retaliation. Simultaneously, Claimant requested an immediate Notice of Right to Sue letter for the March 31 Charge.

The EEOC has not yet responded to Plaintiff's request for a Notice of Right to Sue letter for the March 31 Charge. Accordingly, Plaintiff cannot make a Motion For Leave To Amend The Complaint to include her additional claim for retaliation at this time. Plaintiff therefore

respectfully requests that the Court sign the attached Order to grant Plaintiff an extension of time until June 28, 2010, or until such time as the Court deems fit, to file her Motion For Leave To Amend The Complaint. As mentioned above, Defendant has consented to this extension.

The requested time modification will have no effect on the schedule for the case.

Dated:   New York, New York
         May 3, 2010

                                        LIDDLE & ROBINSON, L.L.P.

                                        By: _____
                                            James A. Batson
                                            Jessica H. Savage*
                                            800 Third Avenue
                                            New York, New York 10022
                                            (212) 687-8500
                                            Attorneys for Plaintiff

* Not yet admitted to the Bar
  Pro Hac Vice application to follow

3
Stipulation and Proposed Order - Case No. CV-09-5237-MHP

respectfully requests that the Court sign the attached Order to grant Plaintiff an extension of time until June 28, 2010, or until such time as the Court deems fit, to file her Motion For Leave To Amend The Complaint. As mentioned above, Defendant has consented to this extension.

The requested time modification will have no effect on the schedule for the case.

Dated:   New York, New York
         May 3, 2010

                                        LIDDLE & ROBINSON, L.L.P.

                                        By: _____
                                            James A. Batson
                                            Jessica H. Savage*
                                            800 Third Avenue
                                            New York, New York 10022
                                            (212) 687-8500
                                            Attorneys for Plaintiff

* Not yet admitted to the Bar
  Pro Hac Vice application to follow

**ORDER**

On the stipulation of plaintiff, and good cause appearing therefore,

IT IS ORDERED that Plaintiff's stipulation be and is hereby adopted as the Order of the Court and that Plaintiff's time to file a Motion For Leave To Amend The Complaint is extended until June 28, 2010.

Dated: May __4__, 2010.



Marilyn Hall Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

---------------------------------------------------------------- X
BERNADETTE REED,                              :   09-5237 MHP
                                              :
                Plaintiff,                    :   **PROOF OF SERVICE**
                                              :
        -against-                              :
                                              :
UBS SECURITIES, LLC,                          :
                                              :
                Defendant.                    :
---------------------------------------------------------------- X

    I am a resident of the State of New York, over the age of eighteen years, and not a party to the within action. My business address is Liddle & Robinson, L.L.P., 800 Third Avenue, New York, NY 10022. On May 3, 2010, I served the within document:

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF DEADLINE FOR PLAINTIFF TO FILE A MOTION FOR LEAVE TO AMEND THE COMPLAINT

[X] by transmitting via electronic mail the document(s) listed above to the address listed below on this date before 5:00 p.m. Pacific Time.

Mr. Jeffrey D. Wohl
Paul, Hastings, Janofsky & Walker LLP
55 Second Street, 24th Floor
San Francisco, CA 94105-3441
jeffwohl@paulhastings.com
415-856-7255

    I declare under penalty of perjury under the laws of New York that the foregoing is true and correct. Executed at New York, New York, on May 3, 2010.

                                               Jessica H. Savage