1   JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*)
    LIDDLE & ROBINSON, L.L.P.
2   800 Third Avenue
    New York, New York 10022
3   Telephone: (212) 687-8500
    E-mail:    jbatson@liddlerobinson.com
4
    GARY B. ROSS (Cal. State Bar No. 121691)
5   ANDREW D. MORRISON (Cal. State Bar No. 144216)
    ROSS & MORRISON
6   315 S. Beverly Drive, Suite 410
    Los Angeles, California 90212
7   Telephone: (310) 285-0391
    Facsimile: (310) 285-6083
8   E-mail:    ross@rossandmorrison.com
               morrison@rossandmorrison.com
9
    Attorneys for Plaintiff
10  Bernadette Reed

11  JEFFREY D. WOHL (Cal. State Bar No. 96838)
    JENNIFER Y. OH (Cal. State Bar No. 260370)
12  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
13  San Francisco, California 94105
    Telephone: (415) 856-7000
14  Facsimile: (415) 856-7100
    E-mail:    jeffwohl@paulhastings.com
15             jenniferoh@paulhastings.com

16  Attorneys for Defendant
    UBS Securities LLC
17

18                      UNITED STATES DISTRICT COURT

19                     NORTHERN DISTRICT OF CALIFORNIA

20

21  BERNADETTE REED,                    | No. CV-09-5237-MHP

22              Plaintiff,               | **STIPULATION RESCHEDULING FURTHER
                                         | CASE MANAGEMENT CONFERENCE AND
23          vs.                          | [PROPOSED] ORDER**

24  UBS SECURITIES, LLC,                 | Courtroom: 15, 18th Floor
                                         | Judge:     Hon. Marilyn Hall Patel
25              Defendants.

26

27

28

## STIPULATION

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

After counsel for the parties consulted with this Court's Courtroom Deputy on Monday, July 19, 2010, the parties agree that the further Case Management Conference ("CMC"), currently set for July 26, 2010, at 3:00 p.m., may be rescheduled to September 13, 2010, at 3:00 p.m., to accommodate the parties' recently extended deadline to participate in an ADR process.

Dated: July 19, 2010.

JAMES A. BATSON
LIDDLE & BATSON

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: _____
James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: July 19, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant UBS Securities LLC

|   |   |
|---|---|
| 1 | **STIPULATION** |

     Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

     After counsel for the parties consulted with this Court's Courtroom Deputy on Monday, July 19, 2010, the parties agree that the further Case Management Conference ("CMC"), currently set for July 26, 2010, at 3:00 p.m., may be rescheduled to September 13, 2010, at 3:00 p.m., to accommodate the parties' recently extended deadline to participate in an ADR process. Plaintiff's counsel may participate in the conference telephonically.

Dated: July 19, 2010.

JAMES A. BATSON
LIDDLE & ROBINSON, L.L.P.

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: *James A. Batson /JAB/*
        James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: July 19, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        Jeffrey D. Wohl
Attorneys for Defendant UBS Securities LLC

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the further Case Management Conference, currently set for July 26, 2010, be and is hereby continued to September 13, 2010, at 3:00 p.m. The parties are further ordered to file a joint supplemental status report one week prior to the continued conference date.

Dated: July 20, 2010.



Marilyn Hall Patel
United States District Judge