FILED

SEP - 1 2010

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*)
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, New York 10022
Telephone: (212) 687-8500
Facsimile: (212) 687-1505
E-mail: jbatson@liddlerobinson.com

GARY B. ROSS (Cal. State Bar No. 121691)
ANDREW D. MORRISON (Cal. State Bar No. 144216)
ROSS & MORRISON
315 S. Beverly Drive, Suite 410
Los Angeles, California 90212
Telephone: (310) 285-0391
Facsimile: (310) 285-6083
E-mail: ross@rossandmorrison.com
morrison@rossandmorrison.com

Attorneys for Plaintiff
Bernadette Reed

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JENNIFER Y. OH (Cal. State Bar No. 260370)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: jeffwohl@paulhastings.com
jenniferoh@paulhastings.com

Attorneys for Defendant
UBS Securities LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BERNADETTE REED,

Plaintiff,

vs.

UBS SECURITIES, LLC,

Defendant.

No. CV-09-5237-MHP

**STIPULATION AND ~~[PROPOSED]~~ ORDER EXTENDING DEADLINE BY WHICH TO COMPLETE ADR PROCESS**

w/ limitations on deposition

**STIPULATION**

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

1. On November 4, 2009, plaintiff filed her complaint with this Court, initiating this proceeding.

2. On February 1, 2010, the parties filed a Stipulation and [Proposed] Order Selecting ADR Process. The parties agreed that by May 31, 2010, after they conducted adequate discovery, they would agree to either private mediation with a mutually agreeable mediator or binding arbitration; this deadline was extended to June 30, 2010, per the parties' stipulation which this Court adopted as an order.

3. On June 30, 2010, due to the postponed deposition of plaintiff, the parties stipulated to extend the deadline to participate in an ADR process from June 30, 2010, to August 31, 2010. (Docket No. 33.) The Court adopted the new deadline on July 1, 2010. (Docket No. 34.)

4. On August 13, 2010, the Court granted plaintiff's motion for leave to file an amended complaint and ordered plaintiff to amend within 60 days of the order. (Docket No. 43.)*

5. Plaintiff intends to proceed with her FEHA claim and intends to file an amended complaint to add additional facts and a claim for retaliation under the FEHA, but has not yet filed an amended pleading. Plaintiff also intends to depose former and current UBS employees.

6. Thus, the parties' investigation of plaintiff's allegations is continuing; furthermore, UBS has been unable to fully investigate any new claims plaintiff proposes to add in her amended complaint.

7. The parties have not had enough time to complete adequate discovery and participate in an ADR process by the current June 30, 2010, deadline.

8. Accordingly, the parties ask the Court to extend the date by which they must complete their ADR process from August 31, 2010, to November 30, 2010. This postponement will not affect any other dates set by the Court.

---

* On August 3, 2010, the Court denied UBS's motion to dismiss plaintiff's claim under the Fair Employment and Housing Act ("FEHA"), and ordered plaintiff, if she intends to proceed with her FEHA claim, to obtain a right-to-sue letter from the Department of Fair Employment and Housing and file an amended complaint within 60 days of that Order. (Docket No. 40.) UBS assumes, however, that the later-filed order granting plaintiff's motion for leave to file her amended complaint (issued on August 13, 2010) is the date by which the Court will measure plaintiff's deadline to file an amended complaint.

Dated: August 31, 2010.

JAMES A. BATSON
LIDDLE & BATSON

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: /s/ James A. Batson
James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: August 31, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jennifer Y. Oh
Jennifer Y. Oh
Attorneys for Defendant UBS Securities LLC

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the parties' stipulation be and is hereby adopted as the order of the Court and that the parties complete their ADR process by November 30, 2010. The parties are limited to three depositions per side prior to the ADR completion.

Dated: ~~August~~ 9/1/2010.

Marilyn Hall Patel
United States District Judge