FILED

SEP - 1 20

RICHARD W. WI
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF CA

JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*)
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, New York 10022
Telephone: (212) 687-8500
E-mail: jbatson@liddlerobinson.com

GARY B. ROSS (Cal. State Bar No. 121691)
ANDREW D. MORRISON (Cal. State Bar No. 144216)
ROSS & MORRISON
315 S. Beverly Drive, Suite 410
Los Angeles, California 90212
Telephone: (310) 285-0391
Facsimile: (310) 285-6083
E-mail: ross@rossandmorrison.com
morrison@rossandmorrison.com

Attorneys for Plaintiff
Bernadette Reed

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JENNIFER Y. OH (Cal. State Bar No. 260370)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: jeffwohl@paulhastings.com
jenniferoh@paulhastings.com

Attorneys for Defendant
UBS Securities LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE REED,<br>Plaintiff,<br>vs.<br>UBS SECURITIES, LLC,<br>Defendants. | No. CV-09-5237-MHP<br>**STIPULATION RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**<br>Courtroom: 15, 18th Floor<br>Judge: Hon. Marilyn Hall Patel |

**STIPULATION**

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

On August 27, 2010, counsel for the parties conferred regarding the status of the case, and the parties agree that the further Case Management Conference ("CMC"), currently set for September 13, 2010, at 3:00 p.m., may be rescheduled to December 13, 2010, at 3:00 p.m., to accommodate the parties' recently extended deadline to participate in an ADR process. Counsel may participate in the conference telephonically.

Dated: August 31, 2010.

JAMES A. BATSON
LIDDLE & ROBINSON, L.L.P.

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: ______________________________
James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: August 31, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: /s/ Jennifer Y. Oh
Jennifer Y. Oh
Attorneys for Defendant UBS Securities LLC

## STIPULATION

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

On August 27, 2010, counsel for the parties conferred regarding the status of the case, and the parties agree that the further Case Management Conference ("CMC"), currently set for September 13, 2010, at 3:00 p.m., may be rescheduled to December 13, 2010, at 3:00 p.m., to accommodate the parties' recently extended deadline to participate in an ADR process. Counsel may participate in the conference telephonically.

Dated: August 31, 2010.

JAMES A. BATSON
LIDDLE & ROBINSON, L.L.P.

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: ______________________
James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: August 31, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: ______________________
Jennifer Y. Oh
Attorneys for Defendant UBS Securities LLC

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the further Case Management Conference, currently set for September 13, 2010, be and is hereby continued to ~~December 13~~ January 10, 2010, at 3:00 p.m. Counsel may participate in the conference telephonically. The parties are further ordered to file a joint supplemental status report one week prior to the continued conference date.

Dated: ~~August~~ 9/1, 2010.

Marilyn Hall Patel
United States District Judge