FILED

SEP - 1 20

RICHARD W. WI...
CLERK U.S. DISTRICT
NORTHERN DISTRICT OF C...

1 | JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*)
LIDDLE & ROBINSON, L.L.P.
2 | 800 Third Avenue
New York, New York 10022
3 | Telephone: (212) 687-8500
E-mail: jbatson@liddlerobinson.com
4 |
5 | GARY B. ROSS (Cal. State Bar No. 121691)
ANDREW D. MORRISON (Cal. State Bar No. 144216)
ROSS & MORRISON
6 | 315 S. Beverly Drive, Suite 410
Los Angeles, California 90212
7 | Telephone: (310) 285-0391
Facsimile: (310) 285-6083
8 | E-mail: ross@rossandmorrison.com
morrison@rossandmorrison.com
9 |
Attorneys for Plaintiff
10 | Bernadette Reed

11 | JEFFREY D. WOHL (Cal. State Bar No. 96838)
JENNIFER Y. OH (Cal. State Bar No. 260370)
12 | PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
13 | San Francisco, California 94105
Telephone: (415) 856-7000
14 | Facsimile: (415) 856-7100
E-mail: jeffwohl@paulhastings.com
15 | jenniferoh@paulhastings.com

16 | Attorneys for Defendant
UBS Securities LLC
17 |

18 | UNITED STATES DISTRICT COURT

19 | NORTHERN DISTRICT OF CALIFORNIA

20 |

| | |
|---|---|
| 21 BERNADETTE REED, | No. CV-09-5237-MHP |
| 22 Plaintiff, | **STIPULATION RESCHEDULING FURTHER CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |
| 23 vs. | |
| 24 UBS SECURITIES, LLC, | Courtroom: 15, 18th Floor |
| 25 Defendants. | Judge: Hon. Marilyn Hall Patel |

26
27
28

## STIPULATION

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

On August 27, 2010, counsel for the parties conferred regarding the status of the case, and the parties agree that the further Case Management Conference ("CMC"), currently set for September 13, 2010, at 3:00 p.m., may be rescheduled to December 13, 2010, at 3:00 p.m., to accommodate the parties' recently extended deadline to participate in an ADR process. Counsel may participate in the conference telephonically.

Dated: August 31, 2010.    JAMES A. BATSON
                           LIDDLE & ROBINSON, L.L.P.

                           GARY B. ROSS
                           ANDREW D. MORRISON
                           ROSS & MORRISON


                           By: _____
                                       James A. Batson
                               Attorneys for Plaintiff Bernadette Reed

Dated: August 31, 2010.    JEFFREY D. WOHL
                           JENNIFER Y. OH
                           PAUL, HASTINGS, JANOFSKY & WALKER LLP


                           By: _____/s/ Jennifer Y. Oh_____
                                       Jennifer Y. Oh
                               Attorneys for Defendant UBS Securities LLC

## STIPULATION

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

On August 27, 2010, counsel for the parties conferred regarding the status of the case, and the parties agree that the further Case Management Conference ("CMC"), currently set for September 13, 2010, at 3:00 p.m., may be rescheduled to December 13, 2010, at 3:00 p.m., to accommodate the parties' recently extended deadline to participate in an ADR process. Counsel may participate in the conference telephonically.

Dated: August 31, 2010.

JAMES A. BATSON
LIDDLE & ROBINSON, L.L.P.

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: _____
James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: August 31, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jennifer Y. Oh
Attorneys for Defendant UBS Securities LLC

LEGAL_US_E # 89468911.2

STIP. RE FURTHER CMC DATE AND ORDER
U.S.D.C., N.D. Cal., No. CV-09-5237-MHP

## ORDER

On the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that the further Case Management Conference, currently set for September 13, 2010, be and is hereby continued to January 10, 2011, at 3:00 p.m. Counsel may participate in the conference telephonically. The parties are further ordered to file a joint supplemental status report one week prior to the continued conference date.

Dated: 9/1, 2010.

_____
Marilyn Hall Patel
United States District Judge