JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*)
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, New York 10022
Telephone: (212) 687-8500
Facsimile: (212) 687-1505
E-mail:     jbatson@liddlerobinson.com

GARY B. ROSS (Cal. State Bar No. 121691)
ANDREW D. MORRISON (Cal. State Bar No. 144216)
ROSS & MORRISON
315 S. Beverly Drive, Suite 410
Los Angeles, California 90212
Telephone: (310) 285-0391
Facsimile:  (310) 285-6083
E-mail:     ross@rossandmorrison.com
            morrison@rossandmorrison.com

Attorneys for Plaintiff
Bernadette Reed

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JENNIFER Y. OH (Cal. State Bar No. 260370)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California  94105
Telephone: (415) 856-7000
Facsimile:  (415) 856-7100
E-mail:     jeffwohl@paulhastings.com
            jenniferoh@paulhastings.com

Attorneys for Defendant
UBS Securities LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE REED,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UBS SECURITIES, LLC,<br><br>　　　　　Defendant. | No. CV-09-5237-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE DATES** |

# **STIPULATION**

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

1. In connection with the initial case management conference held by the Court on March 4, 2010, the parties filed a case management statement and proposed order which included proposed pre-trial and trial dates. (Docket No. 16.)

2. At the case management conference, the Court directed the parties to brief the issue of whether plaintiff could assert a claim under the California Fair Employment and Housing Act ("FEHA"). The Court did not enter an order adopting the parties' proposed order on scheduling. (Docket No. 18.)

3. Since then, the Court decided that plaintiff may proceed with her claim under FEHA (Docket No. 40); plaintiff has filed a first amended complaint (Docket No. 46) which UBS has answered (Docket No. 50); and the Court has reset the case management conference for December 13, 2010. (Docket No. 49.) The parties also are pursuing alternative dispute resolution ("ADR"), which will be completed by November 30, 2010 (with court-ordered limitations on the number of depositions the parties make take prior to ADR). (Docket No. 47.)

4. Based on the foregoing, the parties do not believe any pre-trial and trial dates have been set in the case (other than the case management conference and ADR dates referenced above). However, in an abundance of caution, the parties stipulate and respectfully request that the Court enter an order clarifying that no pre-trial and trial dates have yet been set in the case (other than the case management conference and ADR dates referenced above) and that such dates will be set at the December 13, 2010, case management conference.

5. In consideration of the above, the parties stipulate that they will not assert an October 22, 2010, non-expert discovery cut-off (the date they had proposed) to bar any discovery the parties have already noticed or served or are planning to notice or serve.

///
///
///

| | | |
|---|---|---|
| 1 | Dated: October 22, 2010. | JAMES A. BATSON |
| 2 | | LIDDLE & BATSON |
| 3 | | GARY B. ROSS |
| | | ANDREW D. MORRISON |
| 4 | | ROSS & MORRISON |
| 5 | | By:       /s/ James A. Batson        |
| 6 | | James A. Batson |
| | | Attorneys for Plaintiff Bernadette Reed |
| 7 | Dated: October 2✓, 2010. | JEFFREY D. WOHL |
| 8 | | JENNIFER Y. OH |
| | | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
| 9 | | |
| 10 | | By:       [signature]        |
| | | Jeffrey D. Wohl |
| | | Attorneys for Defendant UBS Securities LLC |

## ORDER

On the stipulation of the parties, and good cause appearing therefor, *

IT IS SO ORDERED.

Dated: October 25, 2010.



Judge Marilyn H. Patel

**The Further Case Management Conference, currently on calendar for December 13, 2010, is RESCHEDULED to January 10, 2011 at 3:00 p.m., with the joint supplemental CMC statement to be filed one week prior to the conference.**