JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*)
LIDDLE & ROBINSON, L.L.P.
800 Third Avenue
New York, New York 10022
Telephone: (212) 687-8500
Facsimile: (212) 687-1505
E-mail: jbatson@liddlerobinson.com

GARY B. ROSS (Cal. State Bar No. 121691)
ANDREW D. MORRISON (Cal. State Bar No. 144216)
ROSS & MORRISON
315 S. Beverly Drive, Suite 410
Los Angeles, California 90212
Telephone: (310) 285-0391
Facsimile: (310) 285-6083
E-mail: ross@rossandmorrison.com
        morrison@rossandmorrison.com

Attorneys for Plaintiff
Bernadette Reed

JEFFREY D. WOHL (Cal. State Bar No. 96838)
JENNIFER Y. OH (Cal. State Bar No. 260370)
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, California 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100
E-mail: jeffwohl@paulhastings.com
        jenniferoh@paulhastings.com

Attorneys for Defendant
UBS Securities LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNADETTE REED,<br><br>                    Plaintiff,<br><br>        vs.<br><br>UBS SECURITIES, LLC,<br><br>                    Defendant. | No. CV-09-5237-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE ADR DEADLINE AND CASE CMC** |

**STIPULATION**

Plaintiff Bernadette Reed and defendant UBS Securities LLC ("UBS"), by and through their counsel of record, hereby stipulate as follows:

1. On August 31, 2010, the parties asked the Court to extend the date by which they must complete their alternative dispute resolution ("ADR") process from August 31, 2010, to November 30, 2010. This postponement did not affect any other dates set by the Court.

2. On September 1, 2010, the Court adopted the parties' stipulation and ordered that the parties complete their ADR process by November 30, 2010 (with court-ordered limitations on the number of depositions the parties make take prior to ADR). (Docket No. 47.)

3. To accommodate this extension, the parties also stipulated to continue the Case Management Conference ("CMC") date to December 13, 2010. Also on September 1, 2010, the Court adopted the parties' stipulation with adjustment and continued the CMC to January 10, 2011.

4. The parties' have since been working to schedule a mediation date. To accommodate the parties' and mediator's availability, the parties reserved a mediation date of January 11, 2011.

5. To allow the parties' this time to mediate, the parties' stipulate to extend the ADR deadline to January 24, 2011, and the CMC conference to January 31, 2011 at 3:00 p.m.

Dated: November 22, 2010.

JAMES A. BATSON
LIDDLE & ROBINSON, L.L.P.

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: _____
James A. Batson
Attorneys for Plaintiff Bernadette Reed

Dated: November 22, 2010.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant UBS Securities LLC

LEGAL_US_E # 90641838.1

STIP AND [PROPOSED] ORDER RE ADR AND CMC
U.S.D.C., N.D. Cal., No. CV-09-5237-MHP

**ORDER**

On the stipulation of the parties, and good cause appearing therefor,

IT IS SO ORDERED that the parties' stipulation be and is hereby adopted as the order of the Court and that the parties complete their ADR process by January 24, 2011 (with a limitation of three depositions per party prior to ADR completion), and that the further Case Management Conference, currently set for January 10, 2011, be and is hereby continued to January 31, 2011, at 3:00 p.m. ~~Counsel may participate in the conference telephonically.~~ The parties are further ordered to file a joint supplemental status report one week prior to the continued conference date.

Dated: November 23, 2010.



Marilyn Hall Patel
United States
IT IS SO ORDERED
Judge Marilyn H. Patel

STIP AND [PROPOSED] ORDER RE ADR AND CMC
U.S.D.C., N.D. Cal., No. CV-09-5237-MHP

LEGAL_US_E # 90641838.1