1   JAMES A. BATSON (N.Y. State Bar No. 2556413) (*pro hac vice*)
    LIDDLE & ROBINSON, L.L.P.
2   800 Third Avenue
    New York, New York 10022
3   Telephone: (212) 687-8500
    E-mail:        jbatson@liddlerobinson.com
4
5   GARY B. ROSS (Cal. State Bar No. 121691)
    ANDREW D. MORRISON (Cal. State Bar No. 144216)
    ROSS & MORRISON
6   315 S. Beverly Drive, Suite 410
    Los Angeles, California 90212
7   Telephone: (310) 285-0391
    Facsimile:  (310) 285-6083
8   E-mail:        ross@rossandmorrison.com
                   morrison@rossandmorrison.com
9
    Attorneys for Plaintiff
10  Bernadette Reed
11  JEFFREY D. WOHL (Cal. State Bar No. 96838)
    JENNIFER Y. OH (Cal. State Bar No. 260370)
12  PAUL, HASTINGS, JANOFSKY & WALKER LLP
    55 Second Street, 24th Floor
13  San Francisco, California 94105
    Telephone: (415) 856-7000
14  Facsimile:  (415) 856-7100
    E-mail:        jeffwohl@paulhastings.com
15                 jenniferoh@paulhastings.com
16  Attorneys for Defendant
    UBS Securities LLC
17

18              UNITED STATES DISTRICT COURT

19            NORTHERN DISTRICT OF CALIFORNIA

20

21  BERNADETTE REED,                         No. CV-09-5237-MHP

22              Plaintiff,                    **STIPULATION TO DISMISS ACTION AND
                                             [PROPOSED] ORDER OF DISMISSAL (FED. R.
23  vs.                                       CIV. PROC. 41(a)(1)(A)(ii)**

24

25  UBS SECURITIES, LLC,

26              Defendants.

27

28

LEGAL_US_E # 91166882.2

## STIPULATION

Plaintiff Bernadette Reed and defendant UBS Securities LLC, acting through their respective counsel, hereby stipulate pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that this action may be dismissed with prejudice, each side to bear its own costs and attorneys' fees.

Dated: January 11, 2011.

JAMES A. BATSON
LIDDLE & ROBINSON, LLP

GARY B. ROSS
ANDREW D. MORRISON
ROSS & MORRISON

By: _____
James A. Batson
Attorneys for Plaintiff
Bernadette Reed

Dated: January 11, 2011.

JEFFREY D. WOHL
JENNIFER Y. OH
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
Jeffrey D. Wohl
Attorneys for Defendant
UBS Securities LLC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### ORDER

On the stipulation of the parties pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and good cause appearing therefor,

IT IS ORDERED that this action be, and hereby is, DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: January  21, 2011.

Marilyn H.                judge



IT IS SO ORDERED

Judge Marilyn H. Patel

LEGAL_US_E # 91166882.2

STIP AND [PROPOSED] ORDER TO DISMISS
U.S.D.C., N.D. Cal., No. CV-09-5237-MHP